720

INDIANA LIMESTONE COMPANY *v.* MORRIS ET AL.

[No. 14,044.   Filed July 2, 1930.   Rehearing denied September 23, 1930.]

*Eph Inman* and *Harvey A. Grabill*, for appellant.
*Regester & Regester*, for appellees.

REMY, J.—Affirmed, on authority of *Stone* v. *Francisco Mining Co.* (1923), 80 Ind. App. 348, 140 N. E. 438.

LINDSEY *v.* YOUNGBLOOD, TRUSTEE.

[No. 13,870.   Filed June 11, 1930.   Rehearing denied November 7, 1930.]

*Caleb J. Lindsey*, for appellant.
*Nat. H. Youngblood*, for appellee.

PER CURIAM.—Affirmed.